DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALDEMAR ROMAN VEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1600

_____

September 15, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.